1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JR. MITCHELL DIXON,                    No. 2:17-cv-1375-EFB P

12                  Plaintiff,

13        v.                                ORDER

14   CHARICE HUSTON,

15                  Defendant.

16

17        Plaintiff is a county inmate proceeding without counsel in a civil action.  He has submitted

18   an affidavit requesting leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).  He

19   has not, however, submitted a certified trust account statement.

20        Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment

21   of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall

22   submit a certified copy of the trust fund account statement (or institutional equivalent) for the

23   prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained

24   from the appropriate official of each prison at which the prisoner is or was confined."  Plaintiff

25   has not submitted a certified copy of his trust account statement or the institutional equivalent.

26   /////

27   /////

28   /////

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement. Failure to comply with this order may result in dismissal of this case.

So ordered.

Dated: August 17, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE